# United States Bankruptcy Court
## Middle District of Georgia

In re   **Clevonne Sherrise Kirby-Banks**                                     Case No. _____
                                    Debtor(s)                                 Chapter     **7**

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Clevonne Sherrise Kirby-Banks**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **March 15, 2017**                    Signature    **/s/ Clevonne Sherrise Kirby-Banks**
                                                        **Clevonne Sherrise Kirby-Banks**
                                                        Debtor

**Walton County School District**

Advice Amount

| Emp No | Employee Name | Dept | Soc. Sec. No. | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 02/15/2017 | 02/15/2017 | REGULAR | 575801 |

| Earnings | Date | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUB/PARAPR | 01/20/17 | 7.2500 | 32.00 | 232.00 | FICA | 32.36 | 93.80 | | | | |
| SUB/PARAPR | 01/23/16 | 7.2500 | 40.00 | 290.00 | MEDICARE | 7.57 | 21.94 | | | | |
| | | | | | FEDERAL | | 15.08 | | | | |
| | | | | | STATE | 15.40 | 43.85 | | | | |
| | | | | | ACH DEPOSI | 466.67 | | | | | |

**Advice Totals**

| | | |
|---|---|---|
| Total Pay | | 522.00 |
| YTD | | 1,513.00 |
| Gross Pay | | 522.00 |
| YTD | | 1,513.00 |
| Deductions | | 55.33 |
| YTD | | 174.67 |
| Net Pay | | |
| YTD | | 1,338.33 |

TIME/ATTENDANCE FOR THIS PAYROLL IS FROM 1/14/17 THRU 1/27/17.



*"In Pursuit of Excellence."*

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

Advice Date    Advice Number
02/15/2017     575801

*** $.00 ***

Deposit  ***** NO Dollars and 00 Cents *****

To The
Account Of    CLEVONE S KIRBY

# DIRECT DEPOSIT
# NON-NEGOTIABLE

DD

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

00575801    9999
CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA 30656

**Walton County School District**

Advice Amount

| Emp No. | Employee Name | Dept. | Soc. Sec. No. | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 01/31/2017 | 01/31/2017 | REGULAR | 573945 |

| Earnings | Date | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUB/TEACHE | 12/13/16 | 8.1250 | 8.00 | 65.00 | FICA | 42.16 | 61.44 | | | | |
| SUB/TEACHE | -12/16/16 | 8.1250 | 24.00 | 195.00 | MEDICARE | 9.86 | 14.37 | | | | |
| SUB/TEACHE | -12/20/16 | 8.1250 | 16.00 | 130.00 | FEDERAL | 15.08 | 15.08 | | | | |
| SUB/PARAPR | 12/12/16 | 7.2500 | 8.00 | 58.00 | STATE | 24.88 | 28.45 | | | | |
| SUB/PARAPR | 01/09/17 | 7.2500 | 8.00 | 58.00 | ACH DEPOSI | 588.02 | | | | | |
| SUB/PARAPR | 01/11/17 | 7.2500 | 24.00 | 174.00 | | | | | | | |

**Advice Totals**

| | |
|---|---|
| Total Pay | 680.00 |
| YTD | 991.00 |
| Gross Pay | 680.00 |
| YTD | 991.00 |
| Deductions | 91.98 |
| YTD | 119.34 |
| Net Pay | |
| YTD | 871.66 |

TIME AND ATTENDANCE FOR THIS PAYROLL IS FROM 12/10/16 THRU 1/13/17.



*"In Pursuit of Excellence."*

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

Advice Date    Advice Number
01/31/2017     573945

*** $.00 ***

Deposit   ***** NO Dollars and 00 Cents *****

To The
Account Of   CLEVONE S KIRBY

# DIRECT DEPOSIT
# NON-NEGOTIABLE

DD

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

00573945   9999

CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA  30656

**Walton County School District**

**Advice Amount**

| Emp No | Employee Name | Dept | Soc. Sec. No | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 01/13/2017 | 01/13/2017 | REGULAR | 572095 |

| Earnings | Date | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUB/TEACHE | 12/05/16 | 8.1250 | 16.00 | 130.00 | FICA | 19.28 | 19.28 | | | | |
| SUB/TEACHE | 12/07/16 | 8.1250 | 8.00 | 65.00 | MEDICARE | 4.51 | 4.51 | | | | |
| SUB/PARAPR | 12/08/16 | 7.2500 | 8.00 | 58.00 | STATE | 3.57 | 3.57 | | | | |
| SUB/PARAPR | 12/09/16 | 7.2500 | 8.00 | 58.00 | ACH DEPOSI | 283.64 | | | | | |

**Advice Totals**

| | |
|---|---|
| Total Pay | 311.00 |
| YTD | 311.00 |
| Gross Pay | 311.00 |
| YTD | 311.00 |
| Deductions | 27.36 |
| YTD | 27.36 |
| Net Pay | |
| YTD | 283.64 |

TIME AND ATTENDANCE FOR THIS PAYROLL IS FROM 12/3/16 FROM 12/9/16.



**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

*"In Pursuit of Excellence."*

Advice Date    Advice Number
01/13/2017    572095

*** $.00 ***

Deposit  ***** NO Dollars and 00 Cents *****

To The
Account Of    CLEVONE S KIRBY

# DIRECT DEPOSIT
# NON-NEGOTIABLE

DD

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

00572095    9999

CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA 30656

**Walton County School District**

| Emp No | Employee Name | Dept | Soc Sec No | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 12/30/2016 | 12/30/2016 | REGULAR | 570262 |

| Earnings | Date | Rate | Hours | Amount | Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| SUB/TEACHE | 11/30/16 | 8.1250 | 8.00 | 65.00 | FICA | 12.09 | 141.73 |
| SUB/TEACHE | 12/01/16 | 8.1250 | 8.00 | 65.00 | MEDICARE | 2.83 | 33.15 |
| SUB/TEACHE | 12/02/16 | 8.1250 | 8.00 | 65.00 | FEDERAL |  | 20.81 |
|  |  |  |  |  | STATE | .20 | 51.17 |
|  |  |  |  |  | ACH DEPOSI | 179.88 |  |

**Advice Totals**

| | Current | YTD |
|---|---|---|
| Total Pay | 195.00 | 2,286.00 |
| Gross Pay | 195.00 | 2,286.00 |
| Deductions | 15.12 | 246.86 |
| Net Pay |  | 2,039.14 |

TIME/ATTENDANCE FOR THIS PAYROLL IS FROM 11/26/16 THRU 12/2/16.

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665
"In Pursuit of Excellence."

Advice Date: 12/30/2016
Advice Number: 570262

*** $.00 ***

Deposit ***** NO Dollars and 00 Cents *****

To The Account Of   CLEVONE S KIRBY

# DIRECT DEPOSIT NON-NEGOTIABLE

DD

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

00570262   9999
CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA 30656

**Walton County School District**

| Advice Amount | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Emp No. | Employee Name | Dept | SOC SEC No. | Advice Date | Payroll End | Type | Advice Number | |
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 12/15/2016 | 12/15/2016 | REGULAR | 568436 | |

| Earnings | Date | Rate | Hours | Total Amount | Deductions | Current | Year-to-Date | Leave Code Earned Used Balance |
|---|---|---|---|---|---|---|---|---|
| SUB/TEACHE | 11/14/16 | 8.1250 | 8.00 | 65.00 | FICA | 12.09 | 129.64 | |
| SUB/TEACHE | 11/15/16 | 8.1250 | 8.00 | 65.00 | MEDICARE | 2.83 | 30.32 | |
| SUB/TEACHE | 11/17/16 | 8.1250 | 4.80 | 39.00 | FEDERAL | | 20.81 | |
| SUB/TEACHE | 11/17/16 | 8.1250 | 3.20 | 26.00 | STATE | .20 | 50.97 | |
| | | | | | ACH DEPOSI | 179.88 | | |

**ADVICE TOTALS**

| | |
|---|---|
| Total Pay | 195.00 |
| YTD | 2,091.00 |
| Gross Pay | 195.00 |
| YTD | 2,091.00 |
| Deductions | 15.12 |
| YTD | 231.74 |
| Net Pay | |
| YTD | 1,859.26 |

TIME/ATTENDANCE FOR THIS PAYROLL IS FROM 11/12/16 THRU 11/25/16.



**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665
*"In Pursuit of Excellence"*

Advice Date    Advice Number
12/15/2016     568436

*** $.00 ***

Deposit ***** NO Dollars and 00 Cents *****

To The Account Of   CLEVONE S KIRBY

# DIRECT DEPOSIT
# NON-NEGOTIABLE

DD

Walton County School District
200 Double Springs Church Road
Monroe, GA 30656-4665

00568436   9999

CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA 30656

**Walton County School District**

Advice Amount

| Emp No | Employee Name | Dept | Soc Sec No | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 11/30/2016 | 11/30/2016 | REGULAR | 566584 |

| Earnings | Date | Rate | Hours | Total Amount | Deductions | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|
| SUB/TEACHE | 10/28/16 | 8.1250 | 8.00 | 65.00 | FICA | 45.32 | 117.55 |
| SUB/TEACHE | 11/04/16 | 8.1250 | 8.00 | 65.00 | MEDICARE | 10.60 | 27.49 |
| SUB/TEACHE | 11/07/16 | 8.1250 | 8.00 | 65.00 | FEDERAL | 20.81 | 20.81 |
| SUB/TEACHE | and 11/09/2 | 8.1250 | 16.00 | 130.00 | STATE | 27.94 | 50.77 |
| SUB/PARAPR | 10/24/16 | 7.2500 | 8.00 | 58.00 | ACH DEPOSI | 626.33 | |
| SUB/PARAPR | 10/26/16 | 7.2500 | 8.00 | 58.00 | | | |
| SUB/PARAPR | 10/27/16 | 7.2500 | 8.00 | 58.00 | | | |
| SUB/PARAPR | 10/31/16 | 7.2500 | 8.00 | 58.00 | | | |
| SUB/PARAPR | 11/02/16 | 7.2500 | 8.00 | 58.00 | | | |
| SUB/PARAPR | 11/03/16 | 7.2500 | 8.00 | 58.00 | | | |
| SUB/PARAPR | 11/10/16 | 7.2500 | 8.00 | 58.00 | | | |

**Advice Totals**

| | |
|---|---|
| Total Pay | 731.00 |
| YTD | 1,896.00 |
| Gross Pay | 731.00 |
| YTD | 1,896.00 |
| Deductions | 104.67 |
| YTD | 216.62 |
| Net Pay | |
| YTD | 1,679.38 |

TIME/ATTENDANCE FOR THIS PAYROLL IS FROM 10/22/16 THRU 11/11/16.



"In Pursuit of Excellence."

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

Advice Date     Advice Number
11/30/2016      566584

*** $.00 ***

Deposit   ***** NO Dollars and 00 Cents *****

To The
Account Of    CLEVONE S KIRBY

# DIRECT DEPOSIT
# NON-NEGOTIABLE

DD

Walton County School District
200 Double Springs Church Road
Monroe, GA 30656-4665

00566584    9999

CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA  30656

**Walton County School District**

Advice Amount

| Emp No | Employee Name | Dept | Soc. Sec. No. | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 11/15/2016 | 11/15/2016 | REGULAR | 564729 |

| Earnings | Date | Rate | Hours | Total Amount | Deductions | Current | Year To Date | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUB/TEACHE | -10/18/16 | 8.1250 | 16.00 | 130.00 | FICA | 19.72 | 72.23 | | | | |
| SUB/TEACHE | 10/19/16 | 8.1250 | 8.00 | 65.00 | MEDICARE | 4.61 | 16.89 | | | | |
| SUB/TEACHE | 10/21/16 | 8.1250 | 8.00 | 65.00 | STATE | 3.85 | 22.83 | | | | |
| SUB/PARAPR | 10/20/16 | 7.2500 | 8.00 | 58.00 | ACH DEPOSI | 289.82 | | | | | |

ADVICE TOTALS

| | |
|---|---|
| Total Pay | 318.00 |
| YTD | 1,165.00 |
| Gross Pay | 318.00 |
| YTD | 1,165.00 |
| Deductions | 28.18 |
| YTD | 111.95 |
| Net Pay | |
| YTD | 1,053.05 |

TIME/ATTENDANCE FOR THIS PAYROLL IS FROM 10/8/16 THRU 10/21/16.



**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

*"In Pursuit of Excellence!"*

Advice Date     Advice Number
11/15/2016      564729

*** $.00 ***

Deposit  ***** NO Dollars and 00 Cents *****
To The
Account Of    CLEVONE S KIRBY

# DIRECT DEPOSIT
# NON-NEGOTIABLE

DD

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

00564729   9999

CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA  30656

**Walton County School District**

| Emp No | Employee Name | Dept | Soc Sec No | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 10/31/2016 | 10/31/2016 | REGULAR | 562882 |

| Earnings | Date | Rate | Hours | Amount | Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| SUB/TEACHE | 09/26/16 | 8.1250 | 8.00 | 65.00 | FICA | 27.34 | 52.51 |
| SUB/TEACHE | 09/28/16 | 8.1250 | 8.00 | 65.00 | MEDICARE | 6.39 | 12.28 |
| SUB/TEACHE | 09/29/16 | 8.1250 | 2.64 | 21.45 | STATE | 10.54 | 18.98 |
| SUB/TEACHE | 09/29/16 | 8.1250 | 5.36 | 43.55 | ACH DEPOSI | 396.73 | |
| SUB/TEACHE | 09/30/16 | 8.1250 | 8.00 | 65.00 | | | |
| SUB/TEACHE | 10/06/16 | 8.1250 | 8.00 | 65.00 | | | |
| SUB/PARAPR | 10/04/16 | 7.2500 | 8.00 | 58.00 | | | |
| SUB/PARAPR | 10/05/16 | 7.2500 | 8.00 | 58.00 | | | |

**Advice Totals**

| | |
|---|---|
| Total Pay | 441.00 |
| YTD | 847.00 |
| Gross Pay | 441.00 |
| YTD | 847.00 |
| Deductions | 44.27 |
| YTD | 83.77 |
| Net Pay | |
| YTD | 763.23 |

TIME/ATTENDANCE FOR THIS PAYROLL IS FROM 9/24/16 THRU 10/7/16.



*"In Pursuit of Excellence."*

**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

Advice Date    Advice Number
10/31/2016    562882

*** $.00 ***

Deposit ***** NO Dollars and 00 Cents *****
To The
Account Of    CLEVONE S KIRBY

## DIRECT DEPOSIT NON-NEGOTIABLE

DD

Walton County School District
200 Double Springs Church Road
Monroe, GA 30656-4665

00562882    9999

CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA 30656

**Walton County School District**

| Emp No. | Employee Name | Dept. | Soc. Sec. No. | Advice Date | Advice Amount |
|---|---|---|---|---|---|
| 14374 | CLEVONE S KIRBY | 9999 | XXX-XX-XXXX | 10/14/2016 | |

| Earnings | Date | Rate | Hours | Total Amount | Deductions | Current | Year to Date | Type | Advice Number |
|---|---|---|---|---|---|---|---|---|---|
| SUB/PARAPR | 09/14/16 | 7.2500 | 24.00 | 174.00 | FICA | 25.17 | 25.17 | REGULAR | 561039 |
| SUB/PARAPR | 09/19/16 | 7.2500 | 32.00 | 232.00 | MEDICARE | 5.89 | 5.89 | | |
| | | | | | STATE | 8.44 | 8.44 | | |
| | | | | | ACH DEPOSI | 366.50 | | | |

**Advice Total**

| | |
|---|---|
| Total Pay | 406.00 |
| YTD | 406.00 |
| Gross Pay | 406.00 |
| YTD | 406.00 |
| Deductions | 39.50 |
| YTD | 39.50 |
| Net Pay | |
| YTD | 366.50 |

TIME/ATTENDANCE FOR THIS PAYROLL IS FROM 9/10/16 THRU 9/23/16.



**Walton County School District**
200 Double Springs Church Road
Monroe, GA 30656-4665

"In Pursuit of Excellence."

Advice Date    Advice Number
10/14/2016    561039

Deposit ***** NO Dollars and 00 Cents *****
To The
Account Of    CLEVONE S KIRBY

*** $.00 ***

# DIRECT DEPOSIT
# NON-NEGOTIABLE

DD

Walton County School District
200 Double Springs Church Road
Monroe, GA 30656-4665

00561039    9999
CLEVONE S KIRBY
2752 OAKMONT WAY
MONROE, GA 30656